UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK E. LUCK,

                          NO. CIV. S-05-821 LKK/KJM

        Plaintiff,

    v.

THE CANADA LIFE ASSURANCE
COMPANY,

        Defendant.
                           /

## STATUS (PRETRIAL SCHEDULING) CONFERENCE

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on July 25, 2005.  DANIEL GLASS appeared as counsel for plaintiff; ROBERT POHLS appeared as counsel for defendant.  After hearing, the court makes the following findings and orders:

### SERVICE OF PROCESS

All parties defendant have been served and no further service is permitted except with leave of court, good cause having been shown.

1

1    **JOINDER OF PARTIES/AMENDMENTS**

2    Except as provided, no further joinder of parties or

3  amendments to pleadings is permitted except with leave of court,

4  good cause having been shown.  See Johnson v. Mammoth Recreations,

5  Inc., 975 F.2d 604 (9th Cir. 1992).

6    Plaintiff is granted twenty (20) days to join additional

7  parties.

8    **JURISDICTION/VENUE**

9    Jurisdiction is predicated upon 29 U.S.C. § 1132(e), is

10  undisputed and is hereby found to be proper, as is venue.

11    **MOTION HEARING SCHEDULES**

12    All law and motion except as to discovery is left open, save

13  and except that the parties are directed to bring on cross-motions

14  for summary judgment on March 24, 2006.  Hearing on the motions

15  shall be held on April 28, 2006 at 10:00 a.m. in Courtroom No. 4,

16  and shall be deemed a trial before the court.

17    **Opposition or statement of non-opposition to all motions shall**

18  **be filed not later than 4:30 p.m. fourteen (14) days preceding the**

19  **hearing date, or by proof of service by mail not less than**

20  **seventeen (17) days preceding the hearing date.**

21    At the time of filing a motion, opposition, or reply, counsel

22  are directed to email a copy in word processing format to the

23  Judge's Assistant, Tim Hinkle, at thinkle@caed.uscourts.gov.

24    **DISCOVERY**

25    No modifications of the discovery requirements found in the

26  Federal Rules is ordered.

1    All discovery is left open, save and except that it shall be

2  so conducted as to be completed by January 25, 2006.  The word

3  "completed" means that all discovery shall have been conducted so

4  that all depositions have been taken and any disputes relative to

5  discovery shall have been resolved by appropriate order if

6  necessary and, where discovery has been ordered, the order has been

7  complied with.  Motions to compel discovery must be noticed on the

8  magistrate judge's calendar in accordance with the local rules of

9  this court and so that such motions will be heard not later than

10 December 23, 2005.  In this regard, all counsel are to designate

11 in writing and file with the court and serve upon all other parties

12 a final list of the names of all experts that they propose to

13 tender at trial not later than sixty (60) days before the close of

14 discovery herein established.  Accompanying the designation shall

15 be the written report specified in Fed. R. Civ. P. 26 A2B.  All

16 experts so designated are to be fully prepared to render an

17 informed opinion at the time of designation so that they may fully

18 participate in any deposition taken by the opposing party. Experts

19 will not be permitted to testify at the trial as to any information

20 gathered or evaluated, or opinion formed, after deposition taken

21 subsequent to designation.

22    An expert witness not appearing on said lists will not be

23 permitted to testify unless the party offering the witness

24 demonstrates:  (a) that the necessity of the witness could not have

25 been reasonably anticipated at the time the lists were exchanged;

26 (b) the court and opposing counsel were promptly notified upon

1   discovery of the witness; and (c) that the witness was promptly

2   proffered for deposition.

3      **SETTLEMENT CONFERENCE**

4      At the time of filing their cross-motions for summary

5   judgment, the parties shall request a Settlement Conference before

6   a judge other than the trial judge.

7      IT IS SO ORDERED.

8      DATED:  July 27, 2005.

9                   /s/Lawrence K. Karlton

10                 LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4