1 DANIEL S. GLASS   SBN 140819
ATTORNEY AT LAW
2 1006 Fourth St.  Tenth Floor
Sacramento, CA 95814
3 (916) 447-5697

4 ATTORNEY FOR PLAINTIFF
MARK E. LUCK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. LUCK, | CASE NO. 2:05-CV-00821-LKK-KJM |
| Plaintiff, | **STIPULATION AND ORDER AMENDING THE STATUS CONFERENCE ORDER OF JULY 27, 2005** |
| v. | |
| THE CANADA LIFE ASSURANCE COMPANY. | |
| Defendant. | |
| _____/ | |

On July 25, 2005 the parties to the above captioned matter, by and through their counsel, attended a Status (Pretrial Scheduling) Conference before the Honorable Lawrence K. Karlton, Senior Judge, United States District Court.

Following that aforesaid Conference, on July 27, 2005, the court issued a Status Conference Order.

Upon review of that Order, the undersigned counsel stipulate and agree that on July 27, 2005, at the court Conference, the court granted plaintiff sixty (60) days to join additional parties.

\\\

\\\

\\\

**STIPULATION AND ORDER AMENDING THE STATUS
CONFERENCE ORDER OF JULY 27, 2005**        1

1  The Order issued by the court on July 27, 2005, at page 2, lines 6 - 7 only allowed
2  plaintiff twenty (20) days to join additional parties.
3  By and through this Stipulation, the parties agree that the Order should be amended
4  to grant plaintiff sixty (60) days to join additional parties.
5  Dated: August 8, 2005

7  /signature on original
   Daniel S. Glass, Attorney for
8  plaintiff MARK E. LUCK.
9  Dated: August ____, 2005
10  /signature on original
    Robert R. Pohls, Pohls & Associates,
11  Attorneys for defendant The Canada Life
    Assurance Company

13  **IT IS SO ORDERED:**

15  Dated: August 22, 2005.
16  /s/Lawrence K. Karlton
    LAWRENCE K. KARLTON
17  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

28  **STIPULATION AND ORDER AMENDING THE STATUS CONFERENCE ORDER OF JULY 27, 2005**      2