|   |   |
|---|---|
| 1 | Daniel S. Glass (California Bar #140819)<br>**LAW OFFICES OF DANIEL S. GLASS** |
| 2 | 1006 Fourth Street, Tenth Floor<br>Sacramento, California  95814 |
| 3 | Telephone: (916) 447-5697<br>Facsimile: (916) 447-6697 |
| 4 |   |
| 5 | Attorneys for Plaintiff<br>**Mark E. Luck** |
| 6 | Robert R. Pohls (California Bar #131021)<br>**POHLS & ASSOCIATES** |
| 7 | 12657 Alcosta Boulevard, Suite 150<br>San Ramon, California  94583 |
| 8 | Telephone: (925) 973-0300<br>Facsimile: (925) 973-0330 |
| 9 |   |
| 10 | Attorneys for Defendant<br>**The Canada Life Assurance Company** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARK E. LUCK, | Case No. 2:05-CV-00821 LKK - KJM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| THE CANADA LIFE ASSURANCE COMPANY, | |
| Defendant. | |

///

///

///

## STIPULATION

IT IS HEREBY STIPULATED, by and between plaintiff Mark E. Luck and defendant The Canada Life Assurance Company, through their respective attorneys of record herein, that the Court enter a Judgment of Dismissal With Prejudice herein and that, upon the entry of that Judgment of Dismissal With Prejudice, each party will bear its own attorneys' fees and costs herein.

LAW OFFICE OF DANIEL S. GLASS

DATED: October 24, 2005          By: /s/ Daniel S. Glass
                                 Daniel S. Glass
                                 Attorney for Plaintiff Mark E. Luck

POHLS & ASSOCIATES

DATED: October 25, 2005          By: /s/ Robert R. Pohls
                                 Robert R. Pohls
                                 Attorney for Defendant
                                 The Canada Life Assurance Company

## ORDER

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: 10/27/05                  _____
                                 UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE
ENTRY OF JUDGMENT OF DISMISSAL
Case No. 2:05-CV-00821 LKK - KJM